## Beulah Hills, Appellee, v. Chicago Transit Authority, Appellant.

### Gen. No. 46,135. (Abstract of Decision.)

Thomas C. Strachan, Jr., James O. Dwight, Aaron H. Payne, and Halbert O. Crews, for appellant; Arthur J. Donovan, of counsel; Edward H. Reese, and William H. Warvel, for appellee; Charles J. Pratt, of counsel.

Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed March 2, 1954; released for publication March 23, 1954.

## People of State of Illinois, Defendant in Error, v. John Chennault, Plaintiff in Error.

### Gen. No. 46,316. (Abstract of Decision.)

Louis J. Giliberto, for plaintiff in error; Latham Castle, Attorney General, and John Gutknecht, State's Attorney, for defendant in error; John T. Gallagher,

Rudolph L. Janega, and Arthur F. Manning, Assistant State's Attorneys, of counsel. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed March 2, 1954; released for publication March 23, 1954.

Frank Murphy and Rose Murphy, Appellants, v. Irene Ward, Michael J. Dennehy and Agnes Dennehy, Appellees.

Gen. No. 46,127. (Abstract of Decision.)

Hector Brouillet, Philip G. Bixler, and Allen H. Meyer, for appellants; Jacobs, Gorton & Rooney, for appellees; Robert O. Rooney, and Joseph B. Lederleitner, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed March 8, 1954; rehearing denied March 22, 1954; released for publication March 24, 1954.

Eleanor Getzendaner, Appellee, v. Mrs. Charles Erbstein, Appellant.

Gen. No. 46,155. (Abstract of Decision.)